[No. 38595-3-II.   Division Two.   May 18, 2010.]

*In the Matter of the Marriage of* GERARDO GROSJEAN, *Appellant,* and BUTSABA GROSJEAN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-3-02987-8, Ronald E. Thompson, J. Pro Tem., entered October 27, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38766-2-II.   Division Two.   May 18, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD FRIEND LIAN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00692-6, James W. Lawler, J., entered January 12, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38781-6-II.   Division Two.   May 18, 2010.]

WILLIAM SCHEIDLER, *Appellant,* v. KITSAP COUNTY ASSESSOR, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-2-02882-0, M. Karlynn Haberly, J., entered January 2, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Houghton, J. Pro Tem.